## BENTON COUNTY *v.* ROLLENS.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
WESTERN DISTRICT OF MISSOURI.

No. 147.  Argued December 15, 1880. — Decided December 20, 1880.

*Scotland County* v. *Thomas*, 94 U. S. 682, and *Schuyler County* v. *Thomas*, 98 U. S. 169, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This judgment is affirmed on the authority of *Scotland County* v. *Thomas*, 94 U. S. 682, and *Schuyler County* v. *Thomas*, 98 U. S. 169. Under the rulings in those cases the amendment to the charter of the Osage Valley and Southern Kansas Railroad Company adopted in 1871, and changing somewhat the route of the road, did not extinguish the power granted to counties by the origi. nal charter to subscribe to the stock of the company. The amendment was not a new charter, but an alteration of the old one in a way which left the power to subscribe in full force. *Affirmed*.

*Mr. T. T. Crittenden* for plaintiff in error.

*Mr. John D. Stevenson* and *Mr. J. B. Henderson* for defendants in error.